IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY FRYER,<br><br>                              Plaintiff,<br>v.<br><br>ENDO PHARMACEUTICALS, INC.,<br><br>                            Defendant. | CIVIL ACTION NO. 18-3681 |

### RULE 41 NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Cindy Fryer, hereby voluntarily dismisses all claims against Defendant Endo Pharmaceuticals, Inc. in this matter. These claims have been filed as counterclaims in the matter of *Endo Pharmaceuticals, Inc. v. Cindy Fryer*, Civil Action No. 2:17-cv-02245, which is currently pending in the United States District Court for the Eastern District of Pennsylvania. Plaintiff will pursue these claims as counterclaims in that matter. Defendant Endo Pharmaceuticals has not served an answer or motion for summary judgment in this matter.

                                                        Respectfully submitted,

By:   */s/ James A. Bell, IV*
               James A. Bell, IV, Esquire
               Bell & Bell, LLP
               1617 John F. Kennedy Blvd. – Suite 1254
               Philadelphia, PA 19103
               (215) 569-2500
               Attorneys for Plaintiff
               Cindy Fryer

DATE:   October 3, 2018

**CERTIFICATE OF SERVICE**

I, James A. Bell, IV, hereby certify that a true and correct copy of the foregoing Rule 41 Notice of Dismissal was filed via the Court's Electronic Case Filing (ECF) system and that the document is available thereon for viewing and downloading. I have also served a copy of this Notice upon counsel for Defendant as follows:

Michael Homans
HomansPeck, LLC
2 Penn Center
1500 John F. Kennedy Blvd., Suite 520
Philadelphia, PA 19102
mhomans@homanspeck.com

By: _____
James A. Bell, IV

DATED: October 3, 2018